UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**K & B CAPITAL, LLC, ,**

    **Plaintiff,**

v.                                                    Case No.  8:05-cv-1252-T-30EAJ

**RDK TRUCK SALES AND SERVICES, INC.,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Motion to Dismiss (Dkt. #10).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. Said Motion is GRANTED.

2. This cause is dismissed with prejudice, with each party to pay its own costs and expenses.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on August 17, 2005.

                                              JAMES S. MOODY, JR.
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-1252.dismissal.wpd